# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Vanessa Jenene Campas,<br><br>Defendant. | No. CR-18-01905-004-TUC-JAS (JR)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline M. Rateau that recommends that Campas's Motions to Sever (Doc. 143) be granted, in part, and denied, in part. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 156) is accepted and adopted.

(2) The motion to sever (Doc. 143) is granted, in part, and denied, in part. Count 5 shall

be severed from Counts 1-4 for trial.

Dated this 1st day of October, 2019.

Honorable James A. Soto
United States District Judge